# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0096. MENSHACK NYEPAH v. THE STATE.**

In 2013, Menshack Nyepah pleaded guilty to armed robbery, aggravated assault, and other crimes. In June 2022, Nyepah filed a pro se "Motion to Correct, Vacate, or Set Aside an Illegal Sentence" which the trial court denied on August 17, 2022. Nyepah filed this application for discretionary review on October 5, 2022.[1] The State has filed a motion to dismiss the application as untimely.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Nyepah's application was filed 49 days after entry of the order he seeks to appeal, it is untimely.

Accordingly, the motion to dismiss is hereby GRANTED, and this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/26/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.

---

[1] Nyepah attempted to file his application on September 13, 2022, but we were unable to accept the application for filing since it did not include a certificate of service. See Court of Appeals Rule 6 (d).